SAMUEL GOLDSTEIN, Appellant, *v.* JULIUS E. SCHICK et al., Respondents.

(Submitted October 13, 1933; decided October 27, 1933.)

*Bennett E. Siegelstein* for appellant.
*Lloyd B. Kanter* for respondents.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.